IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| CHRIS AMAEFUNA, | § | |
|     APPELLANT, | § | |
| | § | |
| V. | § | CASE NO. 24-5289 |
| | § | |
| MIKE GAMSBY AND | § | |
| MICRONICS ENGINEERED FILTRATION | § | |
| GROUP, INC. | § | |
|     APPELLEES | § | |

## **MOTION TO DISMISS THE APPEAL WITH PREJUDICE**

This appeal was docketed, by the Court, on April 01, 2024. Dkt. 1. The Court ordered Appellant to submit his brief by June 13, 2024. Dkt. 10-1. A Brief of Appellant *Pro Se* (the "Brief") was mailed on June 17, 2024 and filed on June 24, 2024 by Appellant. Dkt. 11. Pursuant to Federal Rules of Appellate Procedure 25(a)(2)(A)(ii) and 31(c), both dates are beyond the Court ordered deadline, and the Brief should be considered untimely. "If the appellant does not timely process the appeal — including not timely filing a brief ... the court may dismiss the appeal for want of prosecution, impose sanctions, or both." *Oppenheimer v. City of Madeira, OH*, No. 22-3862, WL 7001675 (6th Cir. May 22, 2023).

Pursuant to Federal Rules of Appellate Procedure 25(a)(2)(A)(ii) and 31(c) and 6th Circuit Rules 26 & 31(c), Appellees, Mike Gamsby and Micronics Engineered

Filtration Group, Inc., hereby move this Court to dismiss this matter with prejudice.

                        Respectfully Submitted,
                        **Broemer & Associates, PLLC**

                        By: */s/ W. Fulton Broemer*
                        W. FULTON BROEMER
                        3201 White Oak
                        Houston, TX 77007
                        Telephone: (713) 328-1101
                        Facsimile: (713) 328-1130
                        Email: WFB@Broemerlaw.com
                        **COUNSEL FOR APPELLEES**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 5, 2024, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Mr. Chris Amaefuna, *Pro Se*
2925 NJ-23
Newfoundland, NJ 07435
sales@motorwaysusa.com
*Via ECF and E-mail*

                        */s/ W. Fulton Broemer*
                        W. Fulton Broemer